RECEIVED
APR 16 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IVORY WILRIGHT            DOCKET NO. 11-CV-1847; SEC. P

VERSUS                 JUDGE ~~DEE D. DRELL~~ JAMES T. Trimble, Jr.

WARDEN JEFF WINDHALL, ET AL.    MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915(e)(2)(b).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 16th day of April, 2012.

James T. ~~DEE D. DRELL~~ Trimble, Jr.
UNITED STATES DISTRICT JUDGE